WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CMR/Casa Grande L.L.C., | NO. CIV-05-0472-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| City of Casa Grande, et al., | |
| Defendants. | |

On July 18, 2006, Defendant City of Casa Grande filed a Motion requesting permission for Brett Wallace to appear telephonically at a status conference held the same day.  (Dkt. 33.) Mr. Wallace failed to telephone the Court in advance of the status conference.

Accordingly,

**IT IS HEREBY ORDERED DENYING AS MOOT** Defendant's Motion requesting permission for Brett Wallace to appear telephonically.  (Dkt. 33.)

DATED this 19th day of July, 2006.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge