WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CMR/Casa Grande L.L.C., <br><br>            Plaintiff, <br><br> v. <br><br> City of Casa Grande, et al., <br><br>            Defendants. | NO. CIV-05-0472-PHX-SMM <br><br> **ORDER** |

Pending before the Court is a Notice of Settlement filed by Defendants, in which they inform the Court that the parties have reached a settlement. (Dkt. 38.)

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal with prejudice no later than **Monday, February 12, 2007**.

**IT IS FURTHER ORDERED** that a settlement status hearing is set for **Monday, February 26, 2007 at 10:00 a.m.**  If a stipulation for dismissal with prejudice is filed on or before Monday, February 12, 2007, the settlement status hearing shall be vacated.

DATED this 9th day of January, 2007.

Stephen M. McNamee
United States District Judge