WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CMR/Casa Grande L.L.C., | NO. CIV-05-0472-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| City of Casa Grande, a municipal corporation; Charles T. Walton and Jane Doe Walton, husband and wife, James Norris, Stephen Q. Miller and Jane Doe Miller, husband and wife, Albert A. Gugenberger and Jane Doe Gugenberger, husband and wife, Karl Peterson and Jane Doe Peterson, husband and wife, Dewey Powell and Jane Doe Powell, husband and wife, Kirk McCarville and Jane Doe McCarville, husband and wife, Robert Mitchell and Jane Doe Mitchell, husband and wife, Ralph Varela and Jane Doe Varela, husband and wife, past or present members of the Casa Grande City Council, in their official and individual capacities; Kay Bigelow, in her official and individual capacities, | |
| Defendants. | |

Pursuant to the stipulation of the parties (Doc. 41) and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party to bear its own costs and fees.

**IT IS FURTHER ORDERED** that the settlement status hearing set for **Monday,**

**April 9, 2007 at 2:00pm**, is hereby **VACATED**.

DATED this 9th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge